IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) UNITED STATES FOR THE USE AND BENEFIT OF ADVANCED MASONRY INC., an Oklahoma corporation,<br><br>Plaintiff,<br><br>v.<br><br>(1) FORTIS SBJV, LLC., a foreign corporation, and<br>(2) FEDERAL INSURANCE COMPANY, a New Jersey incorporated insurance company, and<br>(3) WESTERN SURETY COMPANY, a foreign insurance company,<br><br>Defendants. | Case No. CIV-19-741-SLP |

**COMPLAINT**

Plaintiff United States of America for the Use and Benefit of Advanced Masonry Inc., ("AMI") for its Complaint against Defendants, Fortis SBJV, LLC ("Fortis"), Federal Insurance Company ("Federal"), and Western Surety Company ("Western") (collectively "Defendants") (Federal and Western shall be collective referred to as "Co-Sureties"), alleges and states as follows:

1. Plaintiff, AMI, is an Oklahoma corporation with its principal place of business located in Oklahoma County, Oklahoma. The Miller Act bond posted by Defendant Fortis was for the benefit of AMI.

2. Defendant Fortis is a foreign limited liability company with its principal place of business is in Tulsa County, Oklahoma.

3. Defendant Federal is a foreign incorporated insurance company/surety with its principal office location located in New Jersey.

1

4. Defendant Western is a foreign incorporated insurance company/surety with its principal office located in Illinois

5. The claims before this Court are based upon the failure of the Defendants to pay AMI for material, service, and work provided, pursuant to written contract dated June 15, 2016 between AMI and Fortis for work on the 513th Squadron Operations Facility on Tinker Air Force Base in Oklahoma City, Oklahoma ("Project") and for failure to pay the claim made on payment bond pursuant to the Miller Act.

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and provisions of the Miller Act, 40 U.S.C. §3133(b)(3)(B). The Court has pendent jurisdiction and supplemental jurisdiction over the state law claims alleged in this Complaint pursuant to 28 U.S.C. §1367.

## I.  BREACH OF CONTRACT

7. The US Army Corps of Engineers entered into Contract No. W912BV-16-C-0004 with Fortis for construction of the Project ("Prime Contract").

8. On or about June 15, 2016, AMI entered into a subcontract agreement ("Agreement") with Fortis to perform certain work on the Project.

9. The cost of the work was set forth in the Agreement.

10. AMI provided all of the work required pursuant to the Agreement. The outstanding balance for the work including change orders completed at the direction of Fortis, which remains unpaid, is $17,245.72.

11. Additionally, AMI is owed retainage from Fortis on the Project in the amount of $93,153.71.

12. AMI has made demand that Fortis pay the total owed of $110,399.43 and Fortis has failed and refused to pay.

13. As the contract was for the sale of goods and services, under 12 Okla. Stat. §936, AMI is entitled to its attorney's fee with regard to the collection of the contract and with regard to this action.

## II. QUANTUM MERUIT

14. AMI incorporates by reference all material allegations of paragraphs 1 through 13 above.

15. AMI provided valuable labor, services, and materials that were necessary for Fortis to perform and complete its obligation under the Prime Contract for the Project.

16. Fortis benefited from AMI's labor, services, and materials, including but not limited to the fact that Fortis could not have fully performed and completed its obligations under the Prime Contract on the Project in absence of the labor, services and materials that AMI provided.

17. AMI has suffered damages and Fortis has been unjustly enriched as a result of Fortis' failure to pay AMI for the labor, materials, and services provided by AMI.

## IV. FORECLOSURE OF MILLER ACT PAYMENT BOND CLAIM

18. AMI incorporates by reference all material allegations of paragraphs 1 through 17 above.

19. Defendants Co-Sureties issued a payment bond to Defendant Fortis on the Project as required by the Miller Act, 40 U.S.C. §3131 *et seq*.

20. On October 29, 2018, AMI presented a bond claim on the Project to Co-Sureties in the amount of $110,399.43.

21. The Co-Sureties denied AMI's bond claim.

22. The Payment Bond inured to the benefit of AMI since AMI provided labor, material, and/or services on the Project.

23. Defendants Co-Sureties have failed to fulfill the obligation under the Payment Bond to pay AMI for labor, material, and services furnished for the Project pursuant to its Agreement and pursuant to Prime Contract for the Project, and for which Fortis failed to make payment.

24. Plaintiff AMI is entitled to payment from Defendants Co-Sureties in the amount of $110,399.43 pursuant to the Miller Act 40 U.S.C. §3133 plus attorney's fee, costs, and interest.

## REQUEST FOR RELIEF

WHEREFORE, AMI prays for:

1. Damages in an amount to be proven at trial;

2. Cost of suit incurred herein;

3. Reasonable attorney's fees; and

4. Such other and further relief as the Court may deem just and proper.

**ATTORNEYS' LIEN CLAIMED**

**JURY TRIAL DEMANDED**                   Respectfully submitted,

*s/ A. Michelle Campney*
A. MICHELLE CAMPNEY, OBA # 12990
**PHILLIPS MURRAH P.C.**
Corporate Tower, 13th Floor
101 North Robinson
Oklahoma City, OK   73102
Telephone: (405) 235-4100
Facsimile:  (405) 235-4133
Email:  amcampney@phillipsmurrah.com
**ATTORNEY FOR PLAINTIFF**
**ADVANCED MASONRY INC.**

1391277DOCX

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States for the Use and Benefit of Advanced Masonry Inc.

## DEFENDANTS
Fortis SBJV, LLC, Federal Insurance Company, Western Surety Co.

**(b)** County of Residence of First Listed Plaintiff: Oklahoma
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Tulsa
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
A. Michelle Campney, Phillips Murrah P.C.
Corporate Tower, 13th Floor, 101 N. Robinson
Oklahoma City, OK 73102

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☒ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. §3133(b)(3)(B) and 28 U.S.C. §1367

Brief description of cause:
Breach on contract and foreclosure of Miller Act bond.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 110,399.43

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____
DOCKET NUMBER: _____

DATE: 08/13/2019

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____